UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                            Cr. No. 08-20011

D-5 Sparkle Eldridge,

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE'S ORDER FOR BOND

This matter has come before the Court for a *de novo* review of the Government's appeal of Magistrate Judge R. Steven Whalen's order for bond as to Defendant Sparkle Eldridge. There arises by statute a presumption that there is no condition or combination of conditions that will reasonably assure the appearance of the Defendant as required and the safety of the community. Defendant Eldridge has not offered evidence to overcome the statutory presumption. Accordingly, for the reasons fully stated on the record, the Government's appeal of the Magistrate Judge's order is GRANTED and the Defendant is remanded to the custody of the United States Marshals to be held pending trial.

                                                      S/Sean F. Cox
                                                      SEAN F. COX
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 13, 2008

Copies to: Counsel of record